IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02821-MSK-MEH

ARMSTRONG TRANSPORT GROUP, INC.,

      Plaintiff,

v.

TR TOPPERS, INC.,

      Defendant,

v.

ARMAN TRANSPORT, LLC,
USKO EXPRESS, INC., and
NEW LIFE LIMITED,

      Third-Party Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2013.**

In light of Third-Party Plaintiff TR Toppers, Inc.'s Notice of Withdrawal of Motion for Default Judgment Against Third-Party Defendant New Life Limited, Without Prejudice [docket #71], Third-Party Plaintiff TR Topper's Inc.'s Motion for Default Judgment Against Third-Party Defendant New Life Limited [filed May 23, 2013; docket #55] is hereby **withdrawn**. As discussed on the record at the June 24, 2013 status conference, TR Toppers, Inc. may renew its motion at a later time, should it wish.  (Docket #70.)