IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02821-MSK-MEH

ARMSTRONG TRANSPORT GROUP, INC.,

      Plaintiff,

v.

TR TOPPERS, INC.,

      Defendant/Third-Party Plaintiff,

v.

ARMAN TRANSPORT, LLC, and
NEW LIFE LIMITED,

      Third-Party Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 22, 2013.**

Third-Party Plaintiff TR Toppers, Inc.'s Renewed Motion for Default Judgment Against Third-Party Defendant New Life Limited [filed September 17, 2013; docket #83] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 5(a)(1)(D) and D.C. Colo. LCivR 5.1G.  Rule 5(a)(1)(D) requires that a written motion filed with the Court must be served on every party. Local Rule 5.1G requires, in pertinent part, that "[e]ach paper, other than one filed ex parte, shall be accompanied by a certificate of service indicating the date it was served, the name and address of the person to whom it was sent, and the manner of service."

The Court has already advised TR Toppers that it must demonstrate service upon New Life when it filed its original (later withdrawn) Motion for Default Judgment.  (Docket #57.)  The Court again reminds TR Toppers of its obligation to demonstrate service upon all *parties* pursuant to the federal and local rules.