IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02821-MSK-MEH

ARMSTRONG TRANSPORT GROUP, INC.,

        Plaintiff,

v.

TR TOPPERS, INC.,

        Defendant/Third-Party Plaintiff,

v.

ARMAN TRANSPORT, LLC, and
NEW LIFE LIMITED,

        Third-Party Defendants.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the electronic Order by Chief Judge Marcia S. Krieger (**Doc. #96**) filed on March 26, 2014, adopting the recommendation issued by the Magistrate Judge (**Doc. #94**) to grant in part Third-Party Plaintiff's Second Renewed Motion for Default Judgment (**Doc. #92**), it is

ORDERED that:

The Recommendation of Magistrate Judge Hegarty (**Doc. #94**) is **ADOPTED**. Judgment is entered in favor of Third-Party Plaintiff TR Toppers, Inc. and against Third-Party Defendants New Life Limited in the total amount of $30,171.28.  It is

FURTHER ORDERED that post judgment interest will be paid as specified in 28 U.S.C. § 1961 at the rate of 0.14 percent until the total amount is satisfied.

Dated this 27th day March, 2014.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk