**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02821-MSK-MEH

ARMSTRONG TRANSPORT GROUP, INC.,

    Plaintiff,

v.

TR TOPPERS, INC.,

    Defendant/Third-Party Plaintiff,

v.

ARMAN TRANSPORT, LLC, and
NEW LIFE LIMITED,

    Third-Party Defendants.

---

## AMENDED DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the Order Adopting Report and Recommendation of the Magistrate Judge, entered by Chief Judge Marcia S. Krieger on March 26, 2014, it is

ORDERED that default judgment is hereby entered in favor of Third-Party Plaintiff TR Toppers and against Third-Party Defendant New Life Limited in the total amount of $ 30,171.28.  It is further

ORDERED that under 28 U.S.C. § 1961, post-judgment interest shall accrue on the amounts awarded in this matter at the legal rate of <u>0.14%</u> per annum from the date of entry of judgment. It is

FURTHER ORDERED that the Third-Party Plaintiff is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days entry of judgment, pursuant to the procedures set forth in Fed.R.Civ.P.54(d)(1) and D.C.COLO.LCivR54.1.

Dated at Denver, Colorado this 28th day of March, 2014.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By:   s/ K Lyons
>
> K Lyons
> Deputy Clerk